Dismissed and Opinion Filed November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01268-CR
No. 05-11-01269-CR

## TIEN JUNG KUO, APPELLANT

### V.

## THE STATE OF TEXAS, APPELLEE

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F10-55962-J, F10-55963-J

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and that this decision be certified below for observance. See Tex. R. App. P. 42.2(a).

PER CURIAM

Do Not Publish
Tex. R. App. P. 47